UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:25-CR-00244-MC |
| v. | INFORMATION |
| CONNOR SEIFERT, | 16 U.S.C. §§ 3372(a)(1) and 3373(d) |
| | (2) Forfeiture Allegation |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Lacey Act)**
**(16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2))**

On or about May 30, 2021, in the District of Oregon, the defendant **CONNOR SEIFERT**, did knowingly acquire and transport wildlife, namely, one Northern Pacific Rattlesnake, when the defendant **CONNOR SEIFERT** should have known that the Northern Pacific Rattlesnake was taken, possessed, and transported from Smith Rock State Park, in Terrebonne, Oregon, in violation of the laws and regulation of the State or Oregon, specifically: Oregon Administrative Rule (OAR), Section 736-010-0055(s)(d), which prohibits any park visitor from harassing, disturbing, or pursuing wildlife, without written permission of the director, manager, or designated park employee,

In violation of Title 16, United States Code, Section 3372(a)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 16 U.S.C. § 3374 and 28 U.S.C. § 2461(c), any wildlife acquired or transported in violation of Title 16, United States Code, Section 3372(a)(1).

Dated: June 10, 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney


s/ *Adam E. Delph*
ADAM E. DELPH
Assistant United States Attorney